# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

__Northern__ Division


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 28 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Michael W. Pruitt
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

C.M.C.F. Staff to include etc.
Mississippi
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-282-TSL-MTP
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael W. Triplett
All other names by which you have been known: Malice, Mac Mal, Scotch, Neto
ID Number: 128517
Current Institution: CMCF
Address: P.O. Box 88550
Pearl, MS 39288

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: C/O Robinson
Job or Title (if known): Sergeant
Shield Number: N/A
Employer: CMCF MDOC
Address: P.O. Box Pearl MS 39288
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: C/O Wallace
Job or Title (if known): C/O / Lt. / Unit Manager
Shield Number:
Employer: MDOC CMCF
Address: P.O. Box 88550
Pearl, MS 39288
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: CHAPLAIN CLIFTON
Job or Title (if known): CHAPLAINS DEPARTMENT
Shield Number: N/A
Employer: M.D.O.C. - CMCF
Address: P.O. Box 88550
PEARL, MS 39288
City / State / Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: KELLEY CHRISTOPER ETC
Job or Title (if known): ASS. DEPUTY COMMISSIONER
Shield Number: N/A
Employer: N/A
Address: P.O. Box 88550
PEARL, MS 39288
City / State / Zip Code

☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FOR 81 AND 82 DISCRIMINATION UNDER EXTREME PREJUDICE AND 1ST, 4TH, 8TH AND 13TH AND 14TH COLOR OF STATE

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

UNDER THE ABOVE SAID AND THAT OF COLOR OF STATE DISCRIMINATORY THERETO ADD IN AND JOIN OR JOIN TO PRIOR 3 YEAR OLD CIVIL SUITE IN 806 FEDERAL SOUTHERN DISTRICT COURT THEREOF OR SEPRATE

Page 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

To the specific acts of discrimination by Black" against a unconstitutional B.I.G. statue of 1981 and 85

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☒ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Quick Bed at CMCF with attorney Bivens under color of state directive constitutional to Non-Constitutional Statue of §81

C. What date and approximate time did the events giving rise to your claim(s) occur?

From the time frame of Feb 10, 2023 through as explained in attached briefing

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In Human Starvation, Prejudice Harassment from all Black Staff at CMCF following Discrimination Assault in an open Bay STG Gore Core Bed Unit Due to Humania Based Jew Diet "Hellite" formed Atmosphere where Staff Caused Assault and Refuse to Feed Me...

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

In-Human Starvation for over from March 8th through April 1, 2023 throughout this filing and that thereof by Staff in Quick Bed Unit and R&C Clinic Brazier ordered after Staff related/Inmate Purpose and Handled Assault where I suffer even further Nerve Damage after "Hellite" Discrimination from all Staff in C-Building to add to Bivens

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Under Acts through a Bias State and Federal Statue of §§ 83/81 and 82 now to disclose for Bias Writ of 81 to exclude Writ of Statues Bias Remark and Reading of privileges of "White Citizens" Bias Remark that almost exclude White People from Filing under 83/81 and 82 through such Remarks of Strict Wording

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CMCF FROM EMCF INCIDENT

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes TO No DUE TO EXTREME NATURE AND VI TIME

☐ No

☐ Do not know

If yes, which claim(s)?

THE BASIS OF STARVATION TWO PLUS RAZOR ASSAULT AND DAILY HELLITIC SETTINGS] NON-AXIAL WHERE EVEN WHITE STAFF FAIL TO EVEN AXIAL IN EVENTS OF JEW BASED KOSHER DIET AND RELIGIOUS BELIEFS AND LIFE FULL OF "HELLITISM" FROM STAFF FOLLOWING EVENTS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Direct to MDOC Head Quarters / CID Head Investigatory Dept, / Warden Dukes / Warden Unknown Female Black Lady / Deputy Warden Adams Staff Sgt Commander Etts and Deputy Commissioner Kelley Chrestman

2. What did you claim in your grievance?

   Still waiting for response to be approved to file in 2254 against infringements upon my prison sentence because of hellitism acts and involuntary acts by way extreme nature of starvation which is fact (therein)

3. What was the result, if any?

   N/A Second filing of Sensitive Issue seeking Immediate Resolution of Starvation in matter Remodify Classification to Gen Pop B Custody based on BTS write up from Black Supremise Staff to wait Federal Detainee and Transfer to Ware then Order

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Seclusive Sensitive Issue Resolution to be Resolved while Black Staff Starve Me out Because Hellitic Un-Kosher Setting[s] In Unsanitized Setting[s] In Un-Kosher Feed Dining Hall and Sexual Setting[s] Un-Wanton Due To Charges Against Me

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   PLC FILED BUT EXTREME PREJUDICE DUE TO PRIOR LAW SUITE THROUGH EMCF HELITABM SETTING WHICH I AM AWAITING IN-COURT APPEARANCE IF FEDERAL DISTRICT SEE BELEN TO ATTACH AMEND EXH AND AFFI

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) SEE FOLLOWING AGREED EXHIBITS TO BELENS ---

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) PRUITT, MICHAEL WALLACE

    Defendant(s) EMCF / STATE OF MISSISSIPPI

2. Court *(if federal court, name the district; if state court, name the county and State)*

    NORTHERN SOUTHERN FEDERAL DISTRICT COURT OF MISSISSIPPI

3. Docket or index number

    3:21-cv-806-CWR-LGI

4. Name of Judge assigned to your case

    MAGISTRATE JUDGE LAKEISHA GREER ISAAC

5. Approximate date of filing lawsuit

    SEPT 2021

6. Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    AWAITING IN COURT APPEARANCE DECLINE WAIVER AND VIA MEDIA VIEW COURT SESSION

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? STATE AND FEDERAL AGAINST MISSISSIPPI AND THE WORLD IN MIDST OF NEWCLAW WITHOUT A PROPER COURT SETTING[S] OF AND OR VIDEO AND/OR OPEN COURT TRIAL SETTING FOR ME TO APPEAR DIRECT

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Sir Michael Wallace Pruitt
   Defendant(s) The World for misuse

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United State Northern Southern Federal District of Mississippi

3. Docket or index number
   CV 321-808-TSL-MTP

4. Name of Judge assigned to your case
   District Judge Tom S. Lee

5. Approximate date of filing lawsuit
   Sep-Dec 2022

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  11/10/2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed without prejudice to file a direct §§2254 for release and to follow in suite 3:21-cv-806-CWR-LGI Pruitt V Mississippi as aggrieved to file to now another §§3/81/82 with CMF

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 1, 2023

Signature of Plaintiff: Michael W. Pruitt aka Neko

Printed Name of Plaintiff: Michael Wallace Pruitt

Prison Identification #: 128517

Prison Address: Unit 9 Bed #B-A 3 b
Pearl, MS 39208

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number:

E-mail Address: