```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

**MICHAEL W. PRUITT, # 128517**                                      **PLAINTIFF**

**VERSUS**                                       **CAUSE NO. 3:23cv282-TSL-MTP**

**CENTRAL MISSISSIPPI CORRECTIONAL
FACILITY STAFF, STATE OF
MISSISSIPPI, SERGEANT ROBINSON,
UNIT MANAGER WALAU, CHAPLAIN
CLIFTON, KELLEY CHRISTOFER,
WARDEN JOHNSON, ERT BAILEY, and
WARDEN NEIL**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 9th day of July, 2024.

```
                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE
```